IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GEMBER BERUK, | ) CASE NO. 22-10913-BFK |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| GEMBER BERUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) AD. PRO. NO. 22-01050-BFK |
| | ) |
| U.S. DEPARTMENT OF EDUCATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

<u>CONSENT ORDER</u>

UPON CONSIDERATION of the Consent Motion for Entry of Order filed by the United States and with the consent of the Plaintiff, as evidenced by the signatures of counsel, below,

IT IS HEREBY ORDERED THAT:

1. The student loan obligations of the Plaintiff to the Defendant U.S. Department of Education at issue in the above-captioned adversary proceeding are hereby discharged pursuant to 11 U.S.C. Sec. 523(a)(8).

2. The requirement that the parties file a joint status report on or before February 10, 2023, and the February 21, 2023, Status Conference are hereby removed.

3. The above-captioned adversary proceeding is hereby dismissed.

Robert K. Coulter
Assistant United States Attorney
VSB: 42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Counsel for the United States of America

4. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date:
Jan 25 2023

/s/ Brian F Kenney

HON.  BRIAN F.  KENNEY
United States Bankruptcy Judge

Entered On Docket:January 25, 2023

Copies to:

Robert K. Coulter
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Nancy O. Ryan, VSB 22196
Kaitlin Millie Walker, VSB 91153
Legal Services of Northern Virginia
10700 Page Avenue, Ste 100
Fairfax, VA 22030

I ASK FOR THIS:

/s/ Robert K. Coulter
Robert K. Coulter
Assistant United States Attorney, VSB:42512
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3745
Telefax: (703) 299-2584
Counsel for United States of America

SEEN AND AGREED:

/s/   Nancy O. Ryan			By RKC with permission via email dated 1/24/2023
Nancy O. Ryan, VSB 22196
Kaitlin Millie Walker, VSB 91153
Legal Services of Northern Virginia
10700 Page Avenue, Ste 100
Fairfax, VA 22030
Tel: (703) 504-9142
Fax: (571) 386-0614
Counsel for the Debtor

LOCAL RULE 9022-1(C) CERTIFICATION

    I hereby certify that the foregoing proposed Order has been signed by all necessary parties.

Date:

                                        /s/ Robert K. Coulter
                                        Robert K. Coulter
                                        Assistant United States Attorney